UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZULEYKA MORALES and ALAN COX,

                              Plaintiffs,

              -against-

CITY OF NEW YORK, BILL DE BLASIO,
Individually, DERMOT SHEA, Individually,
TERENCE MONAHAN, Individually, PATRICK
CONNOLLY, Individually, ILEANA FELIZ,
Individually, and JOHN and JANE DOE 1 through
10, Individually, (the names John and Jane Doe
being fictitious, as the true names are presently
unknown),

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/13/2022__

21 Civ. 7332 (AT)

**INITIAL PRETRIAL
SCHEDULING ORDER**

ANALISA TORRES, District Judge:

By **September 27, 2022**, the parties shall submit a joint letter and proposed case
management plan that complies with the instructions in the Court's September 20, 2021 order, ECF
No. 21.

         SO ORDERED.

Dated:  September 13, 2022
         New York, New York

_____
         ANALISA TORRES
         United States District Judge